UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. C-06-55 |
| RAFAEL SOLIS | § | |

**ORDER**

Defendant has filed a Motion for Leave to Proceed *In Forma P*auperis.  Defendant has previously been granted *in forma* pauperis status and the motion is therefore moot.

SIGNED and ORDERED this 20th day of February, 2008.

_____
Janis Graham Jack
United States District Judge